UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Jeffrey Allen Gillman,

               Plaintiff,        Case No. 16-cv-13850

v.                                     Judith E. Levy
                                     United States District Judge
Commissioner of Social Security,
                                     Mag. Judge Anthony P. Patti
               Defendant.

_____/

# ORDER ADOPTING MAGISTRATE JUDGE PATTI'S REPORT AND RECOMMENDATION [14]

This is a Social Security appeal. Before the Court is Magistrate Judge Patti's Report and Recommendation (Dkt. 14) recommending the Court deny plaintiff's motion for summary judgment (Dkt. 12) and grant defendant's motion for summary judgment (Dkt. 13), issued February 2, 2018. The parties were required to file specific written objections within 14 days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). No objections were filed. The court has nevertheless carefully reviewed the Report and Recommendation, and concurs in the reasoning and result. Accordingly,

The Report and Recommendation (Dkt. 14) is ADOPTED;

Plaintiff's motion for summary judgment (Dkt. 12) is DENIED;

Defendant's motion for summary judgment (Dkt. 13) is GRANTED; and

The findings of the Commissioner are ADOPTED and this case is hereby DISMISSED.[1]

IT IS SO ORDERED.

Dated: March 7, 2018           s/Judith E. Levy
Ann Arbor, Michigan         JUDITH E. LEVY
                                          United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 7, 2018.

                                           s/Shawna Burns
                                           SHAWNA BURNS
                                           Case Manager

---

[1] The parties, by failing to object to the Report and Recommendation, have waived any further right of appeal. *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).